IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY GOEHRING, | CASE NO. CV F 08-0253 LJO SMS |
| Plaintiff, | |
| vs. | **ORDER TO FILE MAGISTRATE JUDGE CONSENT FORM** |
| LOWE'S HIW, INC., | |
| Defendant. | |

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before United States Magistrate Judge Sandra M. Snyder. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's website under the civil Documents Forms page. Counsel shall sign and file the consent form with the Court **no later than Friday, March 27, 2009 at 12:00 noon.**

IT IS SO ORDERED.

**Dated:   March 25, 2009**              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1