CHARLES D. MAY, ESQ. (Bar No. 129663)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
**THARPE & HOWELL**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403-3221**
Telephone: (818) 205-9955
Facsimile: (818)205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| KATHY GOEHRING, | **CASE NO. 1:08-CV-00253 SMS** |
| Plaintiff(s), | (Kern County Superior Court Case No. S-1500-CV-262257-SPC) |
| v. | **ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| LOWE'S HIW, INC.; DOES 1 to 50, inclusive, | |
| Defendant(s). | **Hon. Sandra M. Snyder** |
| | **U.S. DISTRICT JUDGE** |
| | **COURTROOM: 7** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff KATHY GOEHRING is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: May 8, 2009            /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

- 1 -

**[PROPOSED] ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE**
Goehring v. Lowe's HIW, Inc., et al.
Case No. 1:08-CV-00253 SMS